# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### DOCKET NO. 7:02-CR-39-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| vs. | ) | |
| **Derrick Davis** | ) | |

On November 1, 2002, Derrick Davis appeared before the Honorable James C. Fox, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Bank Robbery, in violation of 18 U.S.C. § 2113(a), was sentenced to the custody of the Bureau of Prisons for a term of 188 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Derrick Davis was released from custody and the term of supervised release commenced on December 2, 2016.

From evidence presented at the revocation hearing on January 10, 2018, the court finds as a fact that Derrick Davis, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. The offender has absconded from supervision.
2. Failure to participate as directed in a urinalysis program.
3. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
4. Failure to pay a monetary obligation.
5. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 14 months. The court further recommends that during his term of custody he participate in intensive substance abuse treatment, participate in mental health treatment, obtain his G.E.D. or high school equivalency, and that he serve his term of custody in the medical facility at F.C.I. Butner in Butner, North Carolina, or other United States Bureau of Prisons medical facility.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 10th day of January, 2018.

Louise W. Flanagan
U.S. District Judge